[No. 69139-2-I.    Division One.    November 12, 2013.]

*In the Matter of the Detention of* K.I.

THE STATE OF WASHINGTON, *Respondent*, v. K.I., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-6-01760-8, J. Wesley Saint Clair, J., entered July 2, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Verellen, JJ.

[No. 69149-0-I.    Division One.    November 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ALVIN KLEVER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 12-1-00340-1, Ira Uhrig, J., entered July 12, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[No. 69202-0-I.    Division One.    November 12, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HARRIS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-03052-7, Barbara Linde, J., entered July 25, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Cox, J.

[No. 69219-4-I.    Division One.    November 12, 2013.]

POTELCO, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-2-00884-4, John M. Meyer, J., entered August 6, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Lau, J.